UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                            Case No.: 22-cr-20636
                                         Hon. Matthew F. Leitman

v.

STEVEN HARVEY BISHOP,

      Defendants.

_____/

## ORDER TO SEAL

Upon request of the Defendant, Steven Harvey Bishop**,** to file his Sentencing Memorandum be filed under seal;

**IT IS HEREBY ORDERED** that the Sentencing Memorandum be filed under seal.

**IT IS SO ORDERED.**

                              s/Matthew F. Leitman_____
                              MATTHEW F. LEITMAN
                              UNITED STATES DISTRICT JUDGE

Dated:  September 11, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 11, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126