UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                       Case No. 22-cr-20636
                                       Hon. Matthew F. Leitman

STEVEN HARVEY BISHOP,

    Defendant.

_____/

**ORDER SETTING BRIEFING SCHEDULE
ON REQUEST TO UNSEAL SENTENCING MEMORANDUM**

On September 14, 2023, the Court imposed sentence on Defendant Steven Bishop. Before the Court did so, it received and reviewed a sentencing memorandum filed by counsel for Bishop. The Court permitted counsel to file the sentencing memorandum under seal.

On April 26, 2024, a citizen named Charles Blackwell sent a letter to the Court asking that the sentencing memorandum be unsealed. The Court directs the Clerk of the Court to file that letter on the docket. The Court construes the letter as a motion to unseal the sentencing memorandum.

On June 5, 2024, the Court held an on-the-record status conference to discuss the motion. For the reasons explained on the record, the Court determines that the best way to proceed is to offer the parties an opportunity to respond to the motion

and to then give Mr. Blackwell an opportunity to address the parties' positions. Accordingly, **IT IS HEREBY ORDERED THAT**:

1. Bishop shall respond to the motion by **July 22, 2024**.

2. The Government may (but is not required to) respond to Bishop's submission and to the motion by **August 12, 2024**.

3. Mr. Blackwell may respond any submissions by Bishop and the Government by **September 9, 2024**.

After reviewing the submissions described above, the Court will determine whether an additional hearing is necessary.

**IT IS SO ORDERED.**

    s/Matthew F. Leitman  
    MATTHEW F. LEITMAN  
    UNITED STATES DISTRICT JUDGE

Dated: June 6, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 6, 2024, by electronic means and/or ordinary mail.

    s/Holly A. Ryan  
    Case Manager  
    (313) 234-5126