UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 22-cr-20636
Hon. Matthew F. Leitman

STEVEN HARVEY BISHOP,

    Defendant.

_____/

## ORDER DECLINING REQUEST TO MODIFY BRIEFING SCHEDULE

On June 14, 2024, the Court held an on the record status conference with counsel for the parties and with Charles Blackwell to discuss Mr. Blackwell's written request – by email to the Court's Case Manager – that the Court expedite/shorten the briefing schedule entered by the Court on June 6, 2024. (*See* Order, ECF No. 39.) For the reasons explained in detail on the record, the Court declines to the modify the briefing schedule.

    **IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 14, 2024

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 14, 2024, by electronic means and/or ordinary mail.

                                        s/Holly A. Ryan
                                        Case Manager
                                        (313) 234-5126